170 So.2d 427

**Larry MIDDLEBROOKS**

**v.**

**CITY OF BIRMINGHAM.**

**6 Div. 163.**

Supreme Court of Alabama.

Nov. 19, 1964.

Rehearing Denied Jan. 7, 1965.

Arthur D. Shores and Orzell Billingsley, Jr., Birmingham, Norman C. Amaker and Jack Greenberg, New York City, for petitioner.

Wm. C. Walker, Birmingham, opposed.

GOODWYN, Justice.

Petition of Larry Middlebrooks for certiorari to the Court of Appeals to review and revise the judgment and decision in Middlebrooks v. City of Birmingham, 170 So.2d 424.

Writ denied.

LIVINGSTON, C. J., and LAWSON and COLEMAN, JJ., concur.